■ RONALD J. SCOTT et al., Appellants, v DANIEL MURCH et al., Respondents. [944 NYS2d 713]—Appeal from an order of the Supreme Court, Yates County (W. Patrick Falvey, A.J.), entered May 4, 2011 in a personal injury action. The order, among other things, granted the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey and Sconiers, JJ. **[Prior Case History: 31 Misc 3d 1216(A), 2011 NY Slip Op 50694(U).]**

■ JEAN I. KNAPP, Respondent-Appellant, v RICHARD H. NICHOLS, Individually and Doing Business as NICHOLS FINANCIAL SERVICES, Appellant-Respondent. (Action No. 1.) CAROL A. TONZI, Respondent-Appellant, v RICHARD H. NICHOLS, Individually and Doing Business as NICHOLS FINANCIAL SERVICES, Appellant-Respondent. (Action No. 2.) [942 NYS2d 822]—Appeal and cross appeals from an order of the Supreme Court, Wayne County (Thomas M. Van Strydonck, J.), entered August 16, 2011. The order granted the motion of defendant for consolidation and denied as untimely the motion of defendant to dismiss the fourth cause of action in action No. 1.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on January 24 and 30, 2012,

It is hereby ordered that said cross appeals are unanimously dismissed upon stipulation, and the order is affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Fahey and Sconiers, JJ.